**Supplemental Opinion filed August 7, 2018.**



**In The**

# Fourteenth Court of Appeals

## NO. 14-16-00743-CV

**GEORGE JOSEPH ASSETS, LLC, AND THE ACKEL HEIRS (GEORGE ACKEL, III, ADAM A. ACKEL, ALANA ACKEL TALLO AND ALEXANDER ACKEL), Appellants**

**V.**

**JERILYN LEA CHENEVERT, F/K/A JERILYN LEA ACKEL AND J CHENEVERT PROPERTIES, LLC, Appellees**

**On Appeal from the 190th District Court
Harris County, Texas
Trial Court Cause No. 2013-06084**

## S U P P L E M E N T A L   O P I N I O N

On July 10, 2018, we issued our original opinion in this case suggesting a remittitur for appellees Jerilyn Lea Chenevert, f/k/a Jerilyn Lea Ackel and J Chenevert Properties, LLC. We explained that if appellees filed this remittitur within twenty days from the date of our original opinion, we would modify the trial

court's judgment accordingly. We suggested the following remittitur: (1) $192,000.00 with regard to the Fairdale condo; and (2) $47,133.33 with regard to the rent abatement for tenant improvements. Appellees timely accepted the suggested remittitur.

We therefore issue this supplemental opinion. In accordance with the original opinion and appellees' timely-filed remittitur, we modify the trial court's judgment to reflect (1) damages of $140,000 plus pre- and post-judgment interest at the rate of five percent (5%) per annum from January 31, 2013 on this sum, until paid, with regard to the loss of the 5831 Fairdale Lane condominium, and (2) damages of $52,866.67 plus pre- and post-judgment interest at the rate of five percent (5%) per annum from January 31, 2013 on this sum, until paid, with regard to the rent abatement for tenant improvements. We affirm the trial court's judgment as modified. Our original opinion remains otherwise in effect.


/s/ J. Brett Busby
   Justice


Panel consists of Justices Jamison, Busby, and Donovan.